UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------------x
:
**SECURITIES AND EXCHANGE COMMISSION,** :  Case: 1:21−mc−00149
100 F St., N.E., : Assigned To : Chutkan, Tanya S.
Washington, DC 20549 : Assign. Date : 11/30/2021
                    **Applicant,** : Description: Misc. (O−DECK)
: MISC. No. _____
      v. :
:
**JULIUS MAKIRI JENGE,** :
1600 Granby Street, Apt. 304 :
Norfolk, VA 23510-2646 :
                    **Respondent.** :
:
----------------------------------------------------------------------x

**SECURITIES AND EXCHANGE COMMISSION'S
APPLICATION FOR AN ORDER TO SHOW CAUSE AND
<u>FOR AN ORDER REQUIRING COMPLIANCE WITH SUBPOENA</u>**

The Securities and Exchange Commission, pursuant to Section 21(c) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78u(c)] and Section 22b of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77v(b)], respectfully applies for an order to show cause why Respondent Julius Makiri Jenge should not be directed to comply with an administrative subpoena properly served upon him and issued in connection with a Commission investigation styled *In the Matter of Minerco, Inc.* (the "Investigation"). The Commission further requests that, after Jenge has had an opportunity to be heard, this Court enter an order directing his compliance with the subpoena.

In support of this Application, the Commission states the following:

     1.     In connection with the Investigation, on May 28, 2021, the Commission issued an Order Directing Private Investigation and Designating Officers to Take Testimony (the "Formal Order") pursuant to Section 20(a) of the Securities Act [15 U.S.C. § 77t(a)] and Section 21(a) of the Exchange Act [15 U.S.C. § 78 u(a)]. The Formal Order designated certain individuals as

officers of the Commission empowered to administer oaths and affirmations, subpoena witnesses, compel their attendance, take evidence, and require the production of any books, papers, correspondence, memoranda, or other records deemed relevant or material to the investigation.

2. The Commission is investigating whether any persons or entities have engaged in acts constituting violations of various provisions of the federal securities laws by, among other things, making false statements of material fact and omitting to disclose material facts concerning, among other things, (1) Minerco's ability to conduct business under the law of its state of incorporation, (2) the nature of Minerco's business operations, (3) the purported acquisition of Minerco, and (4) the financial results of Minerco's operations.

3. On October 1, 2021, in furtherance of the Investigation, Commission staff designated as officers of the Commission in the Formal Order issued a subpoena to Jenge, Minerco's President, CEO, and Director. The subpoena required that Jenge produce documents to the Commission's Home Office in Washington, D.C. on October 15, 2021, and appear for testimony via audio-video teleconference originating from the Commission's headquarters in Washington, D.C. on November 2, 2021.

4. The subpoena was served upon Jenge at his residence on October 4, 2021, and by email.

5. Jenge has not complied with any portion of the subpoena.

6. Accordingly, the Commission hereby submits this Application for an Order to Show Cause, in the form attached, requiring Jenge to show cause why he should not be ordered to appear for testimony before and produce documents to the Commission staff at the Commission's Home Office, 100 F Street, N.E., Washington, D.C., 20549. In the event Jenge

fails to show sufficient cause, the Commission further requests that the Court order Jenge to comply with the subpoena.

7. In support of this Application, the Commission submits the accompanying Memorandum of Points and Authorities and Declaration of Adam J. Eisner.

8. This Court has jurisdiction over this action, and venue properly lies within the District of Columbia, pursuant to Section 21(c) of the Exchange Act, 15 U.S.C. § 78u(c) ("In case of contumacy by, or refusal to obey a subpoena issued to, any person, the Commission may invoke the aid of any court of the United States within which the jurisdiction of which such investigation or proceeding is carried on . . . in requiring the attendance and testimony of witnesses and the production of books, papers, correspondence, memoranda, and other records."). Further, Section 21(c) of the Exchange Act provides that "any failure to obey such order of the court may be punished by such court as a contempt thereof." 15 U.S.C. § 78u(c).

WHEREFORE, the Commission respectfully requests that the Court:

(A) Order Jenge to show cause why this Court should not direct his compliance with the subpoena;

(B) After Jenge has an opportunity to be heard on this matter, order Jenge to comply with the subpoena; and

(C) Order such other and further relief as may be necessary and appropriate to achieve Jenge's compliance with the subpoena.

Dated: November 30, 2021

Respectfully submitted,

/s/ Melissa Armstrong_____
Melissa Armstrong
Tel: 202.551.4724
Email: armstrongme@sec.gov

Securities and Exchange Commission
100 F St. N.E.
Washington, DC 20549

Case 1:21-mc-00149-TSC-RMM   Document 1   Filed 11/30/21   Page 4 of 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------x
:
**SECURITIES AND EXCHANGE COMMISSION,**   :
:
Applicant,   :
:
v.   :     Case: 1:21−mc−00149
:     Assigned To : Chutkan, Tanya S.
:     Assign. Date : 11/30/2021
**JULIUS MAKIRI JENGE,**   :     Description: Misc. (O−DECK)
:
Respondent.   :
:
-----------------------------------------------------------------------x

## ORDER TO SHOW CAUSE

On the application of the Securities and Exchange Commission ("Commission") for an order to show cause why respondent Julius Makiri Jenge ("Jenge") should not be ordered to produce documents and appear for testimony as called for by the Commission's October 1, 2021, subpoena, the Court has considered the application filed by the Commission and the memorandum and declaration, with its exhibits, filed in support of the application. Based upon these documents, the Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief granted herein, and therefore:

I.

**IT IS HEREBY ORDERED** that Respondent shall appear before this Court at _____m. on _____, 2008 in Room \_\_\_\_ of the United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, to show cause why the Court should not issue an Order:

(a) directing Respondent Jenge to appear for testimony, to be held at the Commission's

Home Office, 100 F Street, N.E., Washington, D.C., 20549, beginning at 10:00 a.m. on November ____, 2021, or another date acceptable to the Commission staff, and continuing, day to day, from 10:00 a.m. until 5:30 p.m., until finished;

(b) directing that, in the event that Respondent does not appear for his testimony at the dates and times specified above,

(i) the Commission will have established a prima facie case of civil contempt against Respondent Jenge's failure to comply with the Order directing Jenge to appear for testimony;

(ii) Respondent Jenge will be in civil contempt for failure to comply with that Order without further notice or hearing;

(c) directing Respondent to produce all non-privileged documents responsive to the subpoenas within their custody or control to the Commission no later than November ___, 2021;

(d) directing that, in the event that Respondent does not produce the documents described in paragraph (c) by the date specified above,

(i) the Commission will have established a prima facie case of civil contempt against Respondent Jenge for his failure to comply with the Order directing him to produce documents;

(ii) Respondent will be in civil contempt for failure to comply with that Order without further notice or hearing; and

(e) in the event that Respondent fails to appear before this Court at _____m. on _____, 2021 in Room ____ of the United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001, granting the relief in the foregoing paragraphs (a) through (d).

**II.**

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the Commission's application be served upon Respondent on or before _____, 2021 by personal delivery, facsimile, overnight courier, email, or first-class mail.

**III.**

**IT IS FURTHER ORDERED** that Respondent shall deliver any opposing papers in response to the application no later than _____, 2021 at 5:00 p.m.  Service shall be made by delivering the papers using the most expeditious means available, by that date and time, to the Home Office of the Commission at 100 F Street, N.E., Washington, D.C., 20549 Attn: Adam Eisner, Esq., or such other place as counsel for the Commission may direct in writing. The Commission shall have until _____, 2021 at 5:00 p.m., to serve, by the most expeditious means available, any reply papers upon the Respondents, or upon their counsel, if counsel shall have made an appearance in this action.

SO ORDERED

Dated: _____, 2021
       Washington, D.C.

_____
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, I served a copy of the foregoing Securities and Exchange Commission's Application for an Order to Show Cause and for an Order Requiring Obedience to Subpoenas, together with supporting papers, via email and UPS upon:

Julius Makiri Jenge
1600 Granby Street, Apt. 304
Norfolk, VA 23510-2646

/s/ Melissa Armstrong
Melissa Armstrong