UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------x
:
**SECURITIES AND EXCHANGE COMMISSION,** :
:
      Applicant, :
:
v. : No. 1:21-mc-149-TSC-RMM
:
:
**JULIUS MAKIRI JENGE,** :
:
      Respondent. :
 :
------------------------------------------------------------------------x

## ORDER COMPELLING COMPLIANCE
## WITH ADMINISTRATIVE SUBPOENA

    The Securities and Exchange Commission has applied for an order to compel compliance with its administrative subpoena issued to Mr. Julius Makiri Jenge ("Respondent") under 15 U.S.C. §§ 77u(c) and 78v(b) for the production of documents and for the taking of a deposition, for use in an administrative investigation under 15 U.S.C. § 78u(a).  As directed by the Court, the SEC served the notice of the Order to Show Cause pending in this matter on Jenge, and filed a Notice of Service of Order to Show Cause Documents with the Court on July 22, 2024 (ECF No. 6).

    In serving the Order to Show Cause Documents on Jenge, the Commission used an email address and two physical addresses known to the Commission.  Notably, these addresses include ones that Jenge himself recently represented as current and accurate to another Court in this District.  *See Jenge v. SEC*, No. 1:24-cv-01996 (TNM) (filed July 10, 2024) (Jenge self-reporting his current email address to be "juliusjenge@gmail.com" and his current address to be "2655 Tidewater Dr., Unit 7981, Norfolk, VA 23509").

Under the terms of the Court's previous Order granting the SEC's petition to show cause, Jenge was required to show cause in writing on or before August 2, 2024, why the Petition to enforce the subpoena should not be granted. Because Jenge has not responded within the prescribed time, the Court treats the Petition as conceded.

Therefore, the SEC's application is granted, and Jenge is required to produce documents responsive to the SEC subpoena by August 23, 2024, and appear for testimony at the Commission's Offices at 100 F Street, NE, Washington, DC 20549 at 10:00 am on Tuesday, September 3, 2024, unless Jenge and the SEC mutually agree to different dates and times. Respondent shall produce the documents at ENF-CPU U.S. Securities and Exchange Commission, 14420 Albemarle Point Place, Suite 102, Chantilly, VA 20151-1750 or (for a smaller production) electronically at ENF-CPU@sec.gov.

**IT IS SO ORDERED.**
Dated: August 12, 2024

                                              *Tanya S. Chutkan*
                                      TANYA S. CHUTKAN
                                      UNITED STATES DISTRICT COURT JUDGE